## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **TIMOTHY DALY,** | ) ) ) Case No.: ) |
| Plaintiff. | ) 2:19-cv-01233-PBT ) |
| v. | ) ) ) |
| **DIVERSIFIED ADJUSTMENT SERVICE, INC.,** | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: August 28, 2019        By: */s/ Amy L. B. Ginsburg*
                                                              Amy L. B. Ginsburg, Esquire
                                                            Kimmel & Silverman, P.C.
                                                            30 E. Butler Pike
                                                            Ambler, PA 19002
                                                            Phone: (215) 540-8888
                                                            Fax: (877) 788-2864
                                                            Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Alexandra Rogin, Esquire
Eckert Seamans Cherin & Mellot LLC
50 South 16th Street, 22nd FLoor
Philadelphia, PA 19102
arogin@eckertseamans.com
Attorney for Defendant


Dated: August 28, 2019                By: */s/ Amy L. B. Ginsburg*
                                        Amy L. B. Ginsburg, Esquire
                                        Kimmel & Silverman, P.C.
                                        30 E. Butler Pike
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Fax: (877) 788-2864
                                        Email: aginsburg@creditlaw.com