# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY DALY, | § |
| Plaintiff, | § Civil Action No. 2:19-cv-01233-PBT |
| v. | § |
| DIVERSIFIED ADJUSTMENT SERVICE, INC., | § |
| Defendant. | § |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Alexandra Rogin | */s/* Amy L. B. Ginsburg |
| Alexandra Rogin, Esq. | Amy L. B. Ginsburg, Esq. |
| Eckert Seamans Cherin & Mellott LLC | Kimmel & Silverman, P.C. |
| Two Liberty Place | 30 East Butler Pike |
| 50 South 16th Street, 22nd Floor | Ambler, PA 19002 |
| Philadelphia, PA 19102 | Phone: 215-540-8888 |
| Phone: 215-851-8401 | Fax: 215-540-8817 |
| Email: arogin@eckertseamans.com | Email: teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: October 30, 2019 | Date: October 30, 2019 |

BY THE COURT:

_____
J.

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Alexandra Rogin, Esq.
Eckert Seamans Cherin & Mellott LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Phone: 215-851-8401
Email:  arogin@eckertseamans.com
Attorney for the Defendant

Dated: October 30, 2019        By: /s/ Amy L. Bennecoff Ginsburg
                                Amy L. Bennecoff Ginsburg, Esq.
                                Kimmel & Silverman, P.C.
                                30 E. Butler Avenue
                                Ambler, PA 19002
                                Tel: 215-540-8888
                                Fax: 215-540-8817
                                Email: teamkimmel@creditlaw.com
                                Attorney for Plaintiff